```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06608
   CHRISTOPHER M REITZ
   AMY L REITZ                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-1894    SSN XXX-XX-9706

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/20/08 .

   2.  The case was dismissed without confirmation, 08/01/2008.

   3.  The Debtor paid a total of $    605.27 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| STERLING JEWELERS | SECURED | 300.00 | .00 | 300.00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ARS RECOVERY SERVICES LL | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE RECEIVABLES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS FINANCIAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| DELL PREFERRED ACCT | UNSECURED | NOT FILED | .00 | .00 |
| ENHANCED RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| FOCUS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ISLAND NATIONAL GRP | UNSECURED | NOT FILED | .00 | .00 |
| JC CHRISTENSEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MEIJER | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| OCWEN | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PLANTATION BILLING CENTE | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| THOMAS E JOLAS | UNSECURED | NOT FILED | .00 | .00 |

```
UNIFUND CORP              UNSECURED      NOT FILED              .00           .00
     Summary of disbursements:
--------------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    300.00        .00         .00          .00        300.00
PRINCIPAL PAID        300.00        .00         .00          .00        300.00
INTEREST PAID            .00        .00         .00          .00           .00
TOTAL PAID            300.00        .00         .00          .00        300.00
```

The Debtor's attorney, LEEDER & DOYLE              , was allowed $         .00
and was paid $       .00 .

The Trustee received $      18.47 .

Refunds to the Debtor totaled $    286.80 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 08 B 06608 CHRISTOPHER M REITZ & AMY L REITZ